1
2
3
4
5
6                        **IN THE UNITED STATES DISTRICT COURT**
7                          **FOR THE DISTRICT OF ARIZONA**
8
9    Peter Kristofer Strojnik, on behalf of        )    No. CV-11-2263-PHX-GMS
     himself and all others similarly situated,    )
10                                                  )
                   Plaintiff,                       )
11                                                  )    **ORDER**
     vs.                                            )
12                                                  )
     Client Services, Inc., a Missouri             )
13   Corporation,                                   )
                                                    )
14                 Defendant.                       )
                                                    )
15   _____      )

16          Pursuant to the parties' Stipulation re Dismissal of Entire Action and All Parties (Doc.

17   15) and good cause appearing,

18          **IT IS HEREBY ORDERED** dismissing Plaintiff's individual action with prejudice.

19   The class action claims shall be dismissed without prejudice.  Each party shall bear

20   its/his/their own attorneys' fees and costs.

21          DATED this 29th day of February, 2012.

22
23                              _____
                                        G. Murray Snow
24                                 United States District Judge
25
26
27
28